IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Costas, Sam

Printed: 12/02/08

Case Number: 04 B 39639
Judge: Hollis, Pamela S
Filed: 10/25/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 26, 2008
Confirmed: January 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,384.74 |  |
| Secured: |  | 4,999.93 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,994.00 |
| Trustee Fee: |  | 390.81 |
| Other Funds: |  | 0.00 |
| Totals: | 7,384.74 | 7,384.74 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 1,994.00 | 1,994.00 |
| 2. | Angie Starr | Secured | 5,000.00 | 4,999.93 |
| 3. | Washington Mutual Home Loan | Secured |  | No Claim Filed |
| 4. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 5. | Palos Community Hospital | Unsecured |  | No Claim Filed |
| 6. | Fairview Property Tax Recovery | Unsecured |  | No Claim Filed |
| 7. | Bernard F Ford | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,994.00 | $ 6,993.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 38.22 |
| 4% | 20.04 |
| 3% | 15.03 |
| 5.5% | 82.67 |
| 5% | 25.04 |
| 4.8% | 40.08 |
| 5.4% | 164.67 |
| 6.6% | 5.06 |
|  | $ 390.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Costas, Sam

Printed: 12/02/08

Case Number:  04 B 39639
Judge:  Hollis, Pamela S
Filed:  10/25/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

